IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAAVO INC., <br><br> Plaintiff, <br><br> v. <br><br> APPFOG, TIER 3, INC., and SAVVIS, COMMUNICATIONS CORPORATION, <br><br> Defendants. | C.A. No. 14-1193-LPS-CJB <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO ALLEGE INFRINGEMENT OF A PATENTABLE CLAIM UNDER 35 U.S.C. § 101**

      Defendants AppFog, Tier 3, Inc., and Savvis Communications Corporation (collectively "Defendants") hereby move for dismissal of Kaavo's complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that none of the claims of U.S. Patent No. 8,271,974 are valid under 35 U.S.C. § 101 because each recites patent-ineligible subject matter.  The grounds for Defendants' motion are set forth in the Opening Brief in Support of Defendants' Rule 12(B)(6) Motion to Dismiss for Failure to Allege Infringement of a Patentable Claim Under 35 U.S.C. § 101, submitted herewith.

Dated: December 19, 2014            FISH & RICHARDSON P.C.


                                    By: */s/ Warren K. Mabey, Jr.*
                                        Warren K. Mabey, Jr. (No. 5775)
                                        222 Delaware Avenue, 17th Floor
                                        P.O. Box 1114
                                        Wilmington, DE 19801
                                        Tel: (302) 652-5070
                                        mabey@fr.com

                                        OF COUNSEL:

                                        Brett Johnson
                                        Matthew Colvin
                                        1717 Main Street
                                        Suite 5000
                                        Dallas, TX 75201
                                        Tel.: (214) 747-5070
                                        johnson@fr.com
                                        colvin@fr.com

                                        Michael T. Hilgers
                                        GOBER HILGERS PLLC
                                        14301 FNB Parkway, Suite 100
                                        Omaha, NE 68154
                                        Tel.: (402) 218-2106
                                        mhilgers@goberhilgers.com

                                        **ATTORNEYS FOR DEFENDANTS
                                        APPFOG, TIER 3, INC., AND SAVVIS
                                        COMMUNICATIONS CORPORATION**